968

Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 420, Misc. BARBEAU *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George B. Grigsby* and *Harold J. Butcher* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Murry Lee Randall* for the United States. ■

No. 457, Misc. LAWSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 463, Misc. HEARN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States. ■

No. 464, Misc. KROMAREK *v.* NORTH DAKOTA. Supreme Court of North Dakota. Certiorari denied. ■

No. 467, Misc. KELLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 471, Misc. COLLAZO *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Leo A. Rover* and *Sidney S. Sachs* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States. ■